IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS MASCARENAS,

    Plaintiff,

v.       CIV NO.  1:15-cv-00248-CG

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

### ORDER AWARDING ATTORNEY FEES PURSUANT TO
### THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court upon Plaintiff Carlos Joseph Mascarenas' *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support*, (Doc. 32), field September 19, 2016. Defendant, the Commissioner of the Social Security Administration, had fourteen days to respond to this Motion, but did not do so by October 4, 2016. D.N.M.LR-Civ. 7.4(a). Because the time to respond to this Motion has passed, and "[t]he failure of a party to file and serve a response in opposition to a [M]otion within the time prescribed for doing so constitutes consent to grant the [M]otion," the Court will assume that Defendant consents to Plaintiff's requested relief. D.N.M.LR-Civ. 7.1(b). Therefore, the Court being otherwise fully advised in the premises, **FINDS** that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED THAT** Plaintiff's *Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support*, (Doc. 32),

be **GRANTED,** and Plaintiff be awarded $5,779.80 in attorney fees[1] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See *Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED THAT** if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE.

---

[1] Costs are paid from the Judgment Fund, not from agency funds.